FILED
US DISTRICT COURT
DISTRICT OF ALASKA

2005 DEC 21 PM 3: 32

Joshua M. Freeman
Assistant Municipal Attorney
Municipal Attorney's Office
P.O. Box 196650
Anchorage, Alaska 99519-6650
(907) 343-4545

Attorney for Defendant
Municipality of Anchorage

### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| TERRY M. STAHLMAN, and THE STAHLMAN ARMS BIG TIMBER SUITES AND APARTMENTS, LLC,<br><br>Plaintiffs,<br><br>v.<br><br>MUNICIPALITY OF ANCHORAGE, A Municipal Corporation, RE/MAX PROPERTIES, INC., and RANDY D. COMER, individually,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

Case No. 3AN-05-13423 CI
U.S. District Court Case No. **A 0 5 - 2 9 8** · ᴄᴠ

### NOTICE OF REMOVAL OF ACTION
### TO UNITED STATES DISTRICT COURT

Pursuant to 28 U.S.C. § 1441, defendant Municipality of Anchorage, provides notice of removal of the above-captioned civil action from the Superior Court, Third Judicial District, State of Alaska to the United States District Court, District of Alaska.

**MUNICIPALITY OF ANCHORAGE**
OFFICE OF THE MUNICIPAL ATTORNEY
P.O. Box 196650
Anchorage, Alaska
99519-6650
Telephone: 343-4545
Facsimile: 343-4550

The removal is based on the following grounds:

1. Plaintiff filed the above-captioned civil action, Case No. 3AN-05-13423 CI in Superior Court, Third Judicial District, State of Alaska. A copy of the complaint is attached. *See* Ex. A.

2. The United States District Court has original jurisdiction over this civil action pursuant to 28 U.S.C. § 1331, since the complaint alleges violations of the United States Constitution and 42 U.S.C. § 1983.

3. This notice for removal is timely under 28 U.S.C. 1446(b). The complaint in Alaska Superior Court Case No. 3AN-05-13423 CI was filed on or about November 23, 2005. The Municipality received service of the complaint on November 28, 2005. Less than thirty (30) days has elapsed since receipt of the complaint and notice of the federal claims.

4. Written notice of the filing of the notice of removal will be filed simultaneously with the Clerk of Trial Courts, Third Judicial District, State of Alaska, along with a copy of this notice of removal. Written notice of the filing of the notice of removal will also be simultaneously served on the adverse party.

5. All documents which have been filed in the Alaska Superior Court, Case No. 3AN-05-13423 CI, and a list of such documents are submitted with this notice.

/////

/////

/////

**MUNICIPALITY OF ANCHORAGE**

OFFICE OF THE MUNICIPAL ATTORNEY

P.O. Box 196650
Anchorage, Alaska
99519-6650

Telephone: 343-4545
Facsimile: 343-4550

Stahlman, et al. v. MOA et al.
NOTICE OF REMOVAL TO U.S. DIST. CT.
Page 2 of 3

WHEREFORE, defendants pray that the above-captioned action be removed from the Superior Court for the State of Alaska, Third Judicial District, to the United States District Court for the District of Alaska.

RESPECTFULLY submitted this ___21___ day of December, 2005.

FREDERICK H. BONESS
Municipal Attorney

By:_____
Joshua M. Freeman
Assistant Municipal Attorney
Alaska Bar No. 0305015

I hereby certify that I had mailed a copy of the foregoing to: _Peter Gamache_
on _12/21/05_.

**MUNICIPALITY OF ANCHORAGE**

OFFICE OF THE
MUNICIPAL ATTORNEY

P.O. Box 196650
Anchorage, Alaska
99519-6650

Telephone: 343-4545
Facsimile: 343-4550

Stahlman, et al. v. MOA et al.
NOTICE OF REMOVAL TO U.S. DIST. CT.
Page 3 of 3