FILED
US DISTRICT COURT
DISTRICT OF ALASKA

2005 DEC 21 PM 3: 32

Joshua M. Freeman
Assistant Municipal Attorney
Municipal Attorney's Office
P.O. Box 196650
Anchorage, Alaska 99519-6650
(907) 343-4545

Attorney for Defendant
Municipality of Anchorage

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| TERRY M. STAHLMAN, and THE STAHLMAN ARMS BIG TIMBER SUITES AND APARTMENTS, LLC | ) ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) ) |
| MUNICIPALITY OF ANCHORAGE, A Municipal Corporation, RE/MAX PROPERTIES, INC., and RANDY D. COMER, individually, | ) ) ) ) ) ) |
| Defendants. | ) ) ) |

Case No. 3AN-05-13423 CI
U.S. District Court Case No. 0 5 - 2 9 8 -

### NOTICE TO ADVERSE PARTIES OF FILING OF NOTICE REMOVAL

TO:   Terry M. Stahlman, and
      The Stahlman Arms Big Timber Suites and Apartments, LLC.

Please take notice that the defendant Municipality of Anchorage, filed a notice of removal of the above-captioned action in the United States District Court for the District of Alaska. A copy of the notice of removal has been filed with the Clerk of the Trial

MUNICIPALITY
OF
ANCHORAGE

OFFICE OF THE
MUNICIPAL ATTORNEY

P.O. Box 196650
Anchorage, Alaska
99519-6650

Telephone: 343-4545
Facsimile: 343-4550

Courts, Third Judicial District, State of Alaska. A copy of the notice of removal is attached.

RESPECTFULLY submitted this 21 day of December, 2005.

FREDERICK H. BONESS
Municipal Attorney

By: _____
Joshua M. Freeman
Assistant Municipal Attorney
Alaska Bar No. 0305015

I hereby certify that I had mailed a copy of the foregoing to Peter Camarchi on 12/21/05.

**MUNICIPALITY OF ANCHORAGE**

OFFICE OF THE
MUNICIPAL ATTORNEY

P.O. Box 196650
Anchorage, Alaska
99519-6650

Telephone: 343-4545
Facsimile: 343-4550