FILED
US DISTRICT COURT
DISTRICT OF ALASKA

2005 DEC 21 PM 3: 32

Joshua M. Freeman
Assistant Municipal Attorney
Municipal Attorney's Office
P.O. Box 196650
Anchorage, Alaska 99519-6650
(907) 343-4545

Attorney for Defendant
Municipality of Anchorage

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ALASKA

TERRY M. STAHLMAN, and )
THE STAHLMAN ARMS BIG TIMBER )
SUITES AND APARTMENTS, LLC )
)
        Plaintiffs, )
)
v. )
)
MUNICIPALITY OF ANCHORAGE, )
A Municipal Corporation, )
RE/MAX PROPERTIES, INC., and )
RANDY D. COMER, individually, )
)
        Defendants. )
)
_____)

Case No. 3AN-05-13423 CI
U.S. District Court Case No. A 05 - 298 - CV

### NOTICE OF FILING AND DESIGNATION
### OF STATE COURT PROCEEDING RECORDS

Defendant, Municipality of Anchorage, gives notice to the court that it has attached copies of all records and proceedings held to date in the above-captioned Alaska Superior Court Case No. 3AN-05-13423 CI, which is the subject of the Municipality's Notice of Removal. A copy of each state court document is attached. The date each document was filed or issued in the state court is as follows:

MUNICIPALITY
OF
ANCHORAGE

OFFICE OF THE
MUNICIPAL ATTORNEY

P.O. Box 196650
Anchorage, Alaska
99519-6650

Telephone: 343-4545
Facsimile: 343-4550

| | | |
|---|---|---|
| 1 | 11/23/2005 | Complaint |
| 2 | 12/16/05 | Answer |

RESPECTFULLY submitted this ___21___ day of December, 2005.

FREDERICK H. BONESS
Municipal Attorney

By: _____
Joshua M. Freeman
Assistant Municipal Attorney
Alaska Bar No. 0305015

I hereby certify that I had mailed a copy
of the foregoing to _Peter Acemache_
on _12/21/05_.
_[signature]_

MUNICIPALITY
OF
ANCHORAGE

OFFICE OF THE
MUNICIPAL ATTORNEY

P.O. Box 196650
Anchorage, Alaska
99519-6650

Telephone: 343-4545
Facsimile: 343-4550

Stahlman, et al. v. MOA, et al.
Notice of Filing & Designation of State Ct. Proc.
Page 2 of 2