Peter C. Gamache, Esq.
Law office of Peter C. Gamache
405 W. 36th Avenue, Suite 201
Anchorage, Alaska 99503
(907) 563-6969
FAX (907) 563-5083
Email: peter_gamache@yahoo.com
Attorney for Plaintiffs

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| TERRY M. STAHLMAN, et al | ) | |
| Plaintiff(s) | ) | Case No.   3:05-cv-298-TMB |
| vs | ) | |
| | ) | |
| MUNICIPALITY OF ANCHORAGE et al. | ) | |
| Defendant(s) | ) | SCHEDULING AND PLANNING |
| | ) | CONFERENCE REPORT |

1.  **Meeting**. In accordance with F.R.Civ.P. 26(f), a meeting was held on February 21, 2006 and was attended by:

    Peter C. Gamache        attorney for plaintiffs

    Mark A. Sandberg        attorney for defendants Randy D.Comer, and RE/MAX of Alaska, Inc.

    Joshua Freeman          attorney for defendant Municipality of Anchorage

The parties recommend the following:

2.  **Pre-Discovery Disclosures**. The information required by F.R.Civ.P. 26(a)(1):

    ____ have been exchanged by the parties

    _x_ will be exchanged by the parties by March 31, 2006.

    Proposed changes to disclosure requirements:

    Preliminary witness lists

        ____ have been exchanged by the parties

        _x_ will be exchanged by the parties by March 31, 2006.

3.   **Contested Issues of Fact and Law**. Preliminarily, the parties expect the following issues of fact and/or law to be presented to the court at trial in this matter:

liability and damages, if any.

4.   **Discovery Plan**. The parties jointly propose to the court the following discovery plan.

    A. Discovery will be needed on the following issues:

    liability, damages, and defenses

    B. All discovery commenced in time to be completed by January 31, 2007.

    C. Limitations on Discovery.

        1.   Interrogatories

            _x_ No change from F.R.Civ.P. 33(a)

            ____ Maximum of ____ by each party to any other party.

            Responses due in ____ days.

        2.   Requests for Admissions.

            _x_ No change from F.R.Civ.P. 36(a).

            ____ Maximum of ____ requests.

            Responses due in ____ days.

        3.   Depositions.

            _x_ No change from F.R.Civ.P. 36(a), (d).

            ____ Maximum of ____ depositions by each party.

                Depositions not to exceed ____ hours unless agreed to by all parties.

    D.    Reports from retained experts.

        __x__  Not later than 90 days before the close of discovery subject to F.R.Civ.P 26(a)(2)(C).

        _____  Reports due:

    From plaintiff (*insert date*)        From defendant (*insert date*)

    E.    Supplementation of disclosures and discovery responses are to be made:

        _____  Periodically at 60-day intervals from the entry of scheduling and planning order.

        __x__  As new information is acquired, but not later than 60 days before the close of discovery.

    F.   A final witness list, disclosing all lay and expert witnesses whom a party may wish to call at trial, will be due:

        __x__  45 days prior to the close of discovery.

        _____  Not later than (*insert date*)

5.    **Pretrial Motions**.

    __x__  No change from D.Ak. LR 16.1(c).

    The following changes to D.Ak. LR 16.1(c). [Check and complete all that apply]

    _____  Motions to amend pleadings or add parties to be filed not later than (*insert date*).

    _____  Motions under the discovery rules must be filed not later than (*insert date*).

    _____  Motions in limine and dispositive motions must be filed not later than (*insert date*).

6. **Other Provisions**:

   A. __x__ The parties do not request a conference with the court before the entry of the scheduling order.

   ____ The parties request a scheduling conference with the court on the following issue(s):

   (*Insert issues on which a conference is requested*)

   B. Alternative Dispute Resolution. [D.Ak. LR 16.2]

   __x__ This matter is not considered a candidate for court-annexed alternative dispute resolution.

   ____ The parties will file a request for alternative dispute resolution not later than (*insert date*).

   ____ Mediation    ____ Early Neutral Evaluation

   C. The parties ____ do __x__ not consent to trial before a magistrate judge.

   D. Compliance with the Disclosure Requirements of F.R.Civ.P. 7.1

   ____ All parties have complied    __x__ Compliance by March 31, 2006.

7. **Trial**.

   A. The matter will be ready for trial:

   __x__ 45 days after the discovery close date.

   ____ not later than (*insert date*).

   B. This matter is expected to take __7__ days to try.

   C. Jury Demanded __x__ Yes ____ No

   Right to jury trial disputed? ____ Yes __x__ No

Dated: February 21, 2006

SCHEDULING & PLANNING CONFERENCE REPORT    4

        s/ Peter C. Gamache
Law office of Peter C. Gamache
405 W. 36th Avenue, Suite 201
Anchorage, Alaska 99503
(907) 563-6969
FAX (907) 563-5983
Email: peter_gamache@yahoo.com
Alaska Bar No. 8211116

s/ Mark A. Sandberg
Sandberg, Wuestenfeld & Corey
701 West Eighth Avenue, Suite 1100
Anchorage, Alaska 99501
*msandberg@aol.com, rparalegal@aol.com*
Alaska Bar No. 7510084
(Signed Electronically after review and approval of Defendant's Attorney)

s/ Joshua Freeman
Assistant Municipal Attorney
Municipality of Anchorage
Department of Law
632 West Sixth Avenue, Suite 720
Anchorage, Alaska 99501
*FreemanJM@ci.anchorage.ak.us*,
*uslit@muni.org*
Alaska Bar No. 0305015
(Signed Electronically after review and approval of Defendant's Attorney)

Certificate of Service

I hereby certify that on February 23, 2006 a copy of the foregoing Scheduling and Planning Conference Report was served electronically on Mark A. Sandberg and Joshua Freeman, counsel for co-defendants.

        s/ Peter C. Gamache