Joshua M. Freeman
Assistant Municipal Attorney
Municipal Attorney's Office
P.O. Box 196650
Anchorage, Alaska 99519-6650
(907) 343-4545

Attorney for Defendant
Municipality of Anchorage

### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| TERRY M. STAHLMAN, and<br>THE STAHLMAN ARMS BIG TIMBER<br>SUITES AND APARTMENTS, LLC<br><br>.         Plaintiffs,<br><br>v.<br><br>MUNICIPALITY OF ANCHORAGE,<br>A Municipal Corporation,<br>RE/MAX PROPERTIES, INC., and<br>RANDY D. COMER, individually,<br><br>        Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

U.S. District Court Case No. A05-298CV (TMB)

### ORDER ON MOTION TO DISMISS

Having considered the motion to dismiss submitted by Municipality of Anchorage and any opposition thereto;

IT IS HEREBY ORDERED, that Municipality's motion to dismiss is GRANTED. Plaintiffs' action against the Municipality is dismissed in its entirety for failure to state a claim upon which relief can be granted.

Case 3:05-cv-00298-TMB    Document 10-2    Filed 03/02/2006    Page 2 of 2

DATED March _____, 2006.

_____
The Honorable Timothy M. Burgess

The undersigned hereby certifies that on _____ a
true and correct copy of the Order on Motion to Dismiss
was caused to be served on:

- Peter C. Gamache

- Mark Sandberg

- Joshua M. Freeman

by first class regular mail, if noted above, or by electronic
means through the ECF system as indicated on the Notice
of Electronic Filing

_____

Stahlman & Stahlman Arms Big Timer v. MOA, et al.
Order on Motion to Dismiss
A05-298CV (TMB)
Page 2 of 2