Peter C. Gamache, Esq.
Law office of Peter C. Gamache
405 W. 36th Avenue, Suite 201
Anchorage, Alaska 99503
(907) 563-6969
FAX (907) 563-5083
Email: peter_gamache@yahoo.com
Attorney for Plaintiffs

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| TERRY M. STAHLMAN, and<br>THE STAHLMAN ARMS BIG TIMBER<br>SUITS AND APARTMENTS, LLC<br><br>          Plaintiffs,<br><br>vs.<br><br>THE MUNICIPALITY OF ANCHORAGE,<br>RE/MAX OF ALASKA, INC., and<br>RANDY D. COMER, individually,<br><br>          Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) Case No. 3:05-cv-00298-TMB |

## **ORDER GRANTING PLAINTIFFS' MOTION FOR EXTENSION**
## **OF TIME TO OPPOSE MOTION TO DISMISS**
### **D. Ak. LR 7.1(e)**

The plaintiffs, by and through counsel, having moved for an extension of time from March 20 to March 31, 2006 for plaintiffs to oppose the Motion to Dismiss by

ORDER GRANTING UNNOPPOSED MOTION TO EXTEND TIME
Stahlman, et al. v. MOA, et al
Case No. 3:05-cv-00298-TMB                                                                 Page 1 of 2

**Law Office of Peter C. Gamache**
405 W. 36th AVENUE, SUITE 201
ANCHORAGE, ALASKA 99503-5872
(907) 563-6969

defendant Municipality of Anchorage, and the motion being unopposed by defendant the Municipality of Anchorage;

> WHEREFORE IT IS SO ORDERED.
>
> Dated at Anchorage, Alaska this 23rd day of March, 2006

/s/ Timothy M. Burgess
TIMOTHY M. BURGESS
United States District Judge

**Certificate of Service**

The undersigned certifies that on March _____, 2006
a true and correct copy of the Order Granting Plaintiffs'
Motion for an Extension of Time to Oppose Motion to
Dismiss was caused to be served on:

- Peter C. Gamache

- Mark Sandberg

-Joshua Freeman

by electronic means through the court's
ELF system as indicated on the Notice of
Electronic Filing.

_____

**Law Office of Peter C. Gamache**
405 W. 36th AVENUE, SUITE 201
ANCHORAGE, ALASKA 99503-5872
(907) 563-6969

ORDER GRANTING UNNOPPOSED MOTION TO EXTEND TIME
Stahlman, et al. v. MOA, et al
Case No. 3:05-cv-00298-TMB                                                Page 2 of 2