MINUTES OF THE UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA

*Stahlman, et al. v. MOA, et al.*
Case No. 3:05-cv-0298-TMB

By:             THE HONORABLE TIMOTHY M. BURGESS

PROCEEDINGS:    ORDER FROM CHAMBERS

     Plaintiffs move for an extension of time to oppose Defendants' motion to dismiss. Docket No. 12. The motion is unopposed.

     **IT IS THEREFORE ORDERED:**
The motion at **Docket No. 12** is **GRANTED**. Plaintiffs shall have until **March 31, 2006**, to oppose the motion to dismiss.

Entered at the direction of the Honorable Timothy M. Burgess, United States District Judge.

DATE:  March 29, 2006