Peter C. Gamache, Esq.
Law office of Peter C. Gamache
405 W. 36th Avenue, Suite 201
Anchorage, Alaska 99503
(907) 563-6969
FAX (907) 563-5083
Email: peter_gamache@yahoo.com
Attorney for Plaintiffs

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| TERRY M. STAHLMAN, and ) <br> THE STAHLMAN ARMS BIG TIMBER ) <br> SUITS AND APARTMENTS, LLC ) <br>   ) <br> Plaintiffs, ) <br>   ) <br> vs. ) <br>   ) <br> THE MUNICIPALITY OF ANCHORAGE, ) <br> RE/MAX OF ALASKA, INC., and ) <br> RANDY D. COMER, individually, ) <br>   ) <br> Defendants. ) <br> _____ ) | Case No. 3:05-cv-00298-TMB |

**UNOPPOSED MOTION FOR EXTENSION OF TIME**

**FOR PLAINTIFFS TO OPPOSE MOTION TO DISMISS**

**D. Ak. LR 7.1(e)**

The plaintiffs, by and through counsel, move for an extension of time from March 31, 2006 to April 7, 2006 for plaintiffs to oppose the Motion to Dismiss by

UNNOPPOSED MOTION TO EXTEND TIME
Stahlman, et al. v. MOA, et al
Case No. 3:05-cv-00298-TMB                                                                 Page 1 of 2

Law Office of Peter C. Gamache
405 W. 36th AVENUE, SUITE 201
ANCHORAGE, ALASKA 99503-5872
(907) 563-6969

defendant Municipality of Anchorage. The reason for this extension is for the parties to explore settlement. This motion is unopposed by Assistant Municipal Attorney, Mr. Joshua Freeman.

Dated at Anchorage, Alaska this 31st day of March, 2006

s/ Peter C. Gamache
Law office of Peter C. Gamache
405 W. 36th Avenue, Suite 201
Anchorage, Alaska 99503
(907) 563-6969
FAX (907) 563-5983
Email: peter_gamache@yahoo.com
Alaska Bar No. 8211116

**Certificate of Service**

The undersigned certifies that on March 31, 2006
a true and correct copy of the Motion and Order Granting
Plaintiffs' Motion for an Extension of Time to Oppose Motion
To Dismiss was served electronically through the ECG system on:

- Mark Sandberg

-Joshua Freeman

/s/ Peter C. Gamache

UNOPPOSED MOTION TO EXTEND TIME
Stahlman, et al. v. MOA, et al
Case No. 3:05-cv-00298-TMB                                              Page 2 of 2