Mark A. Sandberg, Esq.
SANDBERG, WUESTENFELD & COREY, PC
701 West 8th Avenue, Suite 1100
Anchorage, AK 99501
Tel:    907-276-6363
Fax:   907-276-3528

Attorneys for Scottsdale Insurance Company

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| SCOTTSDALE INSURANCE COMPANY, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> USANEE ASSAVAPISALBOOL AND ) <br> LOUISA SKIPPER, ) <br> ) <br> Defendants. ) <br> ) <br> ) | Case No. 3:05-cv-101-TMB |

**RULE 7.1 STATEMENT**

Pursuant to F.R.C.P. Rule 7.1, plaintiff Scottsdale Insurance Company states that its stock is 100% owned by Countrywide Insurance Company.

RULE 7.1 STATEMENT
Page 1
*Scottsdale Ins. Co. v. Assavapisalbool, et al*
Case No. 3:05-cv-101-TMB

DATED this 3rd day of April, 2006, in Anchorage, Alaska.

/ Mark A. Sandberg_
701 W 8th Avenue, Ste. 1100
Anchorage, Alaska 99501
Phone: (907) 276-6363
Fax: (907) 276-3528
E-Mail: msandberg@aol.com
ABA: 7510084

CERTIFICATE OF SERVICE

I hereby certify that on this 3rd day of April 2006 a copy of the foregoing Rule 7.1 Statement was served electronically and by regular U.S. Mail on:

Blake Call, Esq.
Call, Hanson & Kell
250 H Street
Anchorage, Alaska 99501

Frank Schlehofer, Esq.
Law Offices of William G. Azar
800 East Dimond Boulevard, Suite 3-440
Anchorage, AK 99515

s/Mark A. Sandberg

RULE 7.1 STATEMENT
Page 2
*Scottsdale Ins. Co. v. Assavapisalbool, et al*
Case No. 3:05-cv-101-TMB