Mark A. Sandberg
Sandberg, Wuestenfeld & Corey
701 W 8th Avenue, Ste. 1100
Anchorage, Alaska 99501
(907) 276-6363

Attorney for Defendant
Re/Max Properties, Inc. and Randy Comer

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| TERRY M. STAHLMAN, and THE STAHLMAN ARMS BIG TIMBER SUITES AND APARTMENTS, LLC<br><br>Plaintiffs,<br><br>vs.<br><br>MUNICIPALITY OF ANCHORAGE, A Municipal Corporation, RE/MAX PROPERTIES, INC., and RANDY D. COMER, individually,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) Case No. 3:05-cv-298-TMB<br>)<br>)<br>) |

**RULE 7.1 STATEMENT**

Pursuant to F.R.C.P. Rule 7.1, defendant Re/Max Properties, Inc. states that it has no parent corporation and that no publicly held corporation that owns 10% or more of its stock.

DATED this 3rd day of April, 2006, in Anchorage, Alaska.

s/ Mark A. Sandberg
701 W 8th Avenue, Ste. 1100
Anchorage, Alaska 99501
Phone: (907) 276-6363
Fax: (907) 276-3528
E-Mail: msandberg@aol.com
ABA: 7510084

CERTIFICATE OF SERVICE

I hereby certify that on this 3rd day of April 2006 a copy of the foregoing Answer was served electronically and by regular U.S. Mail on:

Peter C. Gamache, Esq.
Law Office of Peter C. Gamache
405 W. 36th Avenue, Suite 201
Anchorage, AK 99503

Joshua M. Freeman, Esq.
Assistant Municipal Attorney
Municipality of Anchorage
P.O. Box 196650
Anchorage, Alaska 99519

s/ Mark A. Sandberg

RULE 7.1 STATEMENT
Stahlman, et al. v. MOA, et al., 3:05-cv-298-TMB
Page 2