IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| TERRY M. STAHLMAN, and<br>THE STAHLMAN ARMS BIG TIMBER<br>SUITS AND APARTMENTS, LLC<br><br>    Plaintiffs,<br><br>vs.<br><br>THE MUNICIPALITY OF ANCHORAGE,<br>RE/MAX OF ALASKA, INC., and<br>RANDY D. COMER, individually,<br><br>    Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

Case No. 3:05-cv-00298-TMB

### ORDER GRANTING PLAINTIFFS' MOTION FOR EXTENSION OF TIME TO OPPOSE MOTION TO DISMISS

The plaintiffs, by and through counsel, having moved for an extension of time from March 31 to April 7, 2006 for plaintiffs to oppose the Motion to Dismiss by defendant Municipality of Anchorage, and the motion being unopposed by defendant the Municipality of Anchorage;

IT IS SO ORDERED.

Dated at Anchorage, Alaska this  3  day of April, 2006

              /s/ Timothy M. Burgess
              TIMOTHY M. BURGESS
              United States District Judge