Peter C. Gamache, Esq.
Law office of Peter C. Gamache
405 W. 36th Avenue, Suite 201
Anchorage, Alaska 99503
(907) 563-6969
FAX (907) 563-5083
Email: peter_gamache@yahoo.com
Attorney for Plaintiffs

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| TERRY M. STAHLMAN, and ) <br> THE STAHLMAN ARMS BIG TIMBER ) <br> SUITS AND APARTMENTS, LLC ) <br> ) <br> Plaintiffs, ) <br> ) <br> vs. ) <br> ) <br> THE MUNICIPALITY OF ANCHORAGE, ) <br> RE/MAX OF ALASKA, INC., and ) <br> RANDY D. COMER, individually, ) <br> ) <br> Defendants. ) <br> ) | Case No. 3:05-cv-00298-TMB |

**PROPOSED ORDER DENYING MOTION TO DISMISS**

**BY DEFENDANT MUNICIPALITY OF ANCHORAGE**

Having considered the motion to dismiss by defendant the Municipality of Anchorage and the plaintiffs' opposition, the court enters the following findings and conclusions:

ORDER DENYING MOTION TO DISMISS
Stahlman, et al. v. MOA, et al
Case No. 3:05-cv-00298-TMB                                                                 Page 1 of 2

**Law Office of Peter C. Gamache**
405 W. 36th AVENUE, SUITE 201
ANCHORAGE, ALASKA 99503-5872
(907) 563-6969

1. Under a Fed. R. Civ. P. Rule 12(b)(6) motion to dismiss, the facts alleged in the complaint must be viewed by this court as true and construed in the light most favorable to the plaintiffs.

2. Applying this standard, each claim alleged in the complaint against defendant Municipality of Anchorage meets the threshold requirement of Fed. R. Civ. P. Rule 8(a)(2), namely, each claim is "a short and plain statement of the claim showing that the pleader is entitled to relief".

WHEREFORE, the motion to dismiss is DENIED.

Dated at Anchorage, Alaska this _____day of _____, 2006

TIMOTHY M. BURGESS
United States District Judge

**Certificate of Service**

The undersigned certifies that on _____, 2006
a true and correct copy of the Order denying Motion
to Dismiss by Defendant Municipality of Anchorage
was caused to be served on:

- Peter C. Gamache

- Mark Sandberg

-Joshua Freeman

by electronic means through the court's
ELF system as indicated on the Notice of
Electronic Filing.

_____

**Law Office of Peter C. Gamache**
405 W. 36th AVENUE, SUITE 201
ANCHORAGE, ALASKA 99503-5872
(907) 563-6969

ORDER DENYING MOTION TO DISMISS
Stahlman, et al. v. MOA, et al
Case No. 3:05-cv-00298-TMB                                                                 Page 2 of 2