Joshua M. Freeman
Assistant Municipal Attorney
Municipal Attorney's Office
P.O. Box 196650
Anchorage, Alaska 99519-6650
(907) 343-4545

Attorney for Defendant
Municipality of Anchorage

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| TERRY M. STAHLMAN, and<br>THE STAHLMAN ARMS BIG TIMBER<br>SUITES AND APARTMENTS, LLC<br><br>.          Plaintiffs,<br><br>   v.<br><br>MUNICIPALITY OF ANCHORAGE,<br>A Municipal Corporation,<br>RE/MAX PROPERTIES, INC., and<br>RANDY D. COMER, individually,<br><br>          Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

U.S. District Court Case No. A05-298CV (TMB)

### UNOPPOSED MOTION FOR EXTENSION OF TIME
### FOR MUNICIPALITY OF ANCHORAGE TO REPLY TO
### PLAINTIFFS' OPPOSITION TO MOTION TO DISMISS

The Municipality of Anchorage moves for an extension of time from April 17, 2006 to April 28, 2006 for Municipality of Anchorage to reply to Plaintiffs Opposition to

Stahlman and Stahlman Arms Big Timber v. Municipality of Anchorage et al.
Unoppo Motion for Extension for MOA to file Reply to Oppo to Motion to Dismiss
U.S. District Court Case No. A05-298CV (TMB)
Page 1 of 2

Motion for Dismiss. The reason for this extension is Plaintiffs and the Municipality of Anchorage are still attempting to settle. This motion is unopposed by Peter Gamache, attorney for plaintiffs.

    DATED this 12th day of April, 2006.

                                           FREDERICK H. BONESS
                                           Municipal Attorney

                                  By:    s/Joshua M. Freeman
                                               Joshua M. Freeman
                                               Assistant Municipal Attorney
                                               P.O. Box 1996650
                                               Anchorage, AK  99519-6650
                                               (907) 343-4545
                                               (907) 343-4550 – fax
                                               uslit@muni.org
                                               Alaska Bar No. 0305015

The undersigned hereby certifies that on April 12, 2006 a true and correct copy of this Unopposed Motion was caused to be served on:

Peter C. Gamache

Mark Sandberg

by first class regular mail, if noted above, or by electronic means through the ECF system as indicated on the Notice of Electronic Filing

s/ Joshua M. Freeman
Joshua M. Freeman
Municipal Attorneys Office

Stahlman and Stahlman Arms Big Timber v. Municipality of Anchorage et al.
Unoppo Motion for Extension for MOA to file Reply to Oppo to Motion to Dismiss
U.S. District Court Case No. A05-298CV (TMB)
Page 2 of 2