Joshua M. Freeman
Assistant Municipal Attorney
Municipal Attorney's Office
P.O. Box 196650
Anchorage, Alaska 99519-6650
(907) 343-4545

Attorney for Defendant
Municipality of Anchorage

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA**

| | |
|---|---|
| TERRY M. STAHLMAN, and<br>THE STAHLMAN ARMS BIG TIMBER<br>SUITES AND APARTMENTS, LLC<br><br>.          Plaintiffs,<br><br>v.<br><br>MUNICIPALITY OF ANCHORAGE,<br>A Municipal Corporation,<br>RE/MAX PROPERTIES, INC., and<br>RANDY D. COMER, individually,<br><br>          Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

U.S. District Court Case No. A05-298CV (TMB)

**PROPOSED ORDER GRANTING MOA'S MOTION
FOR EXTENSION OF TIME TO REPLY TO
PLAINTIFFS' OPPOSITION TO MOTION TO DISMISS**

The Municipality of Anchorage having moved for an extension of time from April

17, 2006 to April 28, 2006 for the Municipality of Anchorage to reply to plaintiffs'

opposition to motion to dismiss, and the motion being unopposed by plaintiffs'

WHEREFORE IT IS SO ORDERED.

Dated at Anchorage, Alaska this ____ day of April, 2006.

                                          TIMOTHY M. BURGESS
                                          United States District Court Judge

The undersigned hereby certifies that on _____ a true and correct copy of the Order on Motion to Dismiss was caused to be served on:

- Peter C. Gamache

- Mark Sandberg

- Joshua M. Freeman

by first class regular mail, if noted above, or by electronic means through the ECF system as indicated on the Notice of Electronic Filing

_____

Stahlman & Stahlman Arms Big Timer v. MOA, et al.
Unoppo Motion for Extension for MOA to file Reply to Oppo to Motion to Dismiss
A05-298CV (TMB)
Page 2 of 2