IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| TERRY M. STAHLMAN, and<br>THE STAHLMAN ARMS BIG TIMBER<br>SUITES AND APARTMENTS, LLC<br><br>    Plaintiffs,<br><br> v.<br><br>MUNICIPALITY OF ANCHORAGE,<br>A Municipal Corporation,<br>RE/MAX PROPERTIES, INC., and<br>RANDY D. COMER, individually,<br><br>    Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

Case No. 3:05-cv-298-TMB

## ORDER GRANTING MOA'S MOTION
## FOR EXTENSION OF TIME TO REPLY TO
## PLAINTIFFS' OPPOSITION TO MOTION TO DISMISS

The Municipality of Anchorage having moved for an extension of time from April 17, 2006 to April 28, 2006 for the Municipality of Anchorage to reply to plaintiffs' opposition to motion to dismiss, and the motion being unopposed by plaintiffs'

WHEREFORE IT IS SO ORDERED.

Dated at Anchorage, Alaska this  17  day of April, 2006.

              /s/ Timothy M. Burgess

             The Honorable Timothy M. Burgess

             United States District Court Judge