Peter C. Gamache, Esq.
Law office of Peter C. Gamache
405 W. 36th Avenue, Suite 201
Anchorage, Alaska 99503
(907) 563-6969
FAX (907) 563-5083
Email: peter_gamache@yahoo.com
Attorney for Plaintiffs

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| TERRY M. STAHLMAN, and ) <br> THE STAHLMAN ARMS BIG TIMBER ) <br> SUITS AND APARTMENTS, LLC ) <br> ) <br> Plaintiffs, ) <br> ) <br> vs. ) <br> ) <br> THE MUNICIPALITY OF ANCHORAGE, ) <br> RE/MAX OF ALASKA, INC., and ) <br> RANDY D. COMER, individually, ) <br> ) <br> Defendants. ) <br> ) | Case No. 3:05-cv-00298-TMB |

**JOINT STATUS REPORT**

Pursuant to the court's order of May 9, 2006 [Document 24] the parties herein submit their joint status report:

Law Office of Peter C. Gamache
405 W. 36th AVENUE, SUITE 201
ANCHORAGE, ALASKA 99503-5872
(907) 563-6969

JOINT STATUS REPORT
Stahlman, et al. v. MOA, et al
Case No. 3:05-cv-00298-TMB                                        Page 1 of 4

A. Nature of the Case

1. Lead Attorneys

Peter C. Gamache, Law Office of Peter C. Gamache, for the plaintiffs.

Mark A. Sandberg, Sandberg, Wuestenfeld & Corey, for defendants Re/Max of Alaska, Inc. and Randy D. Comer.

Joshua Freeman, Assistant Municipal Attorney, for defendant the Municipality of Anchorage.

2. Basis of Federal Jurisdiction

This case was removed from the Alaska Superior Court by defendant Municipality of Anchorage pursuant to 28 U.S.C. § 1441 based on federal claims in the complaint.

3. Nature of the Claims and Counterclaims

The case concerns the purchase by plaintiffs of an Anchorage hotel which did not meet various building and safety codes. The complaint alleges a 42 U.S.C. § 1983 claim, inverse condemnation, scheme to defraud, misrepresentation, breach of constructive, contract, unjust enrichment, breach of good faith and fair dealing, and infliction of emotional distress. The defendants have alleged no counterclaims.

4. Parties Not Served – None

5. Principal Legal Issues

The principal legal issues concern 42 U.S.C. § 1983, inverse condemnation, scheme to defraud, misrepresentation, breach of constructive, contract, unjust enrichment, breach of good faith and fair dealing, and infliction of emotional distress.

6. Principal Factual Issues

The principal factual issues concern the events surrounding the plaintiffs' purchase of the hotel, the plaintiffs' due diligence, and acts and representations of the defendants.

**Law Office of Peter C. Gamache**
405 W. 36th AVENUE, SUITE 201
ANCHORAGE, ALASKA 99503-5872
(907) 563-6969

JOINT STATUS REPORT
Stahlman, et al. v. MOA, et al
Case No. 3:05-cv-00298-TMB                                                                                           Page 2 of 4

B. Discovery

1. Completed and Remaining Discovery

Due to settlement negotiations and plaintiff Terry Stahlman's unavailability due to family matters, no discovery has been done. Discovery deadlines at this time would not be helpful due to the motion pending described below.

2. Pending and Anticipated Motions

Defendant Municipality of Anchorage has a pending motion to dismiss.

3. Previous Substantive Rulings – None

4. Previously Filed Status Reports

A Rule 26(f) Report of Planning meeting was filed Feb. 23, 2006. [Document 9]

C. Trial

1. Anticipated Trial Length – 4 days

2. Jury Demand – Yes

D. Settlement

1. Status of Settlement Discussions

The plaintiffs believe that they will settle with defendant Municipality of Anchorage.

2. Requests for a Settlement Conference

No settlement conference is requested at this time.

Dated at Anchorage, Alaska this 23rd day of May, 2006

s/ Peter C. Gamache
Law office of Peter C. Gamache
405 W. 36th Avenue, Suite 201
Anchorage, Alaska 99503
(907) 563-6969
FAX (907) 563-5983
Email: peter_gamache@yahoo.com
Alaska Bar No. 8211116

**Law Office of Peter C. Gamache**
405 W. 36th AVENUE, SUITE 201
ANCHORAGE, ALASKA 99503-5872
(907) 563-6969

JOINT STATUS REPORT
Stahlman, et al. v. MOA, et al
Case No. 3:05-cv-00298-TMB                                                                 Page 3 of 4

**Certificate of Service**

The undersigned certifies that on May 23, 2006
a true and correct copy of the Joint Status Report
was served electronically by the ECF system on:

- Mark Sandberg

-Joshua Freeman

/s/ Peter C. Gamache

**Law Office of Peter C. Gamache**
405 W. 36th AVENUE, SUITE 201
ANCHORAGE, ALASKA 99503-5872
(907) 563-6969

JOINT STATUS REPORT
Stahlman, et al. v. MOA, et al
Case No. 3:05-cv-00298-TMB                                                                 Page 4 of 4