# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ALASKA

<u>TERRY M. STAHLMAN, et al.</u>   v.   <u>MUNICIPALITY OF ANCHORAGE, et al.</u>

THE HONORABLE TIMOTHY M. BURGESS

DEPUTY CLERK                                CASE NO.  <u>3:05-cv-00298-TMB</u>

 <u>Patty Demeter </u>

PROCEEDINGS: **MINUTE ORDER FROM CHAMBERS**      DATE: May 24, 2006

     The court has received a status report regarding settlement between plaintiffs and defendant Municipality of Anchorage dated <u>May 24, 2006</u>.  The report is accepted.

     A further status report shall be filed by counsel for plaintiff on or before <u>June 26, 2006</u>, unless closing papers are sooner filed.

[]{IIA4.WPD*Rev.12/96}