Peter C. Gamache, Esq.
Law office of Peter C. Gamache
405 W. 36th Avenue, Suite 201
Anchorage, Alaska 99503
(907) 563-6969
FAX (907) 563-5083
Email: peter_gamache@yahoo.com
Attorney for Plaintiffs

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| TERRY M. STAHLMAN, and ) <br> THE STAHLMAN ARMS BIG TIMBER ) <br> SUITS AND APARTMENTS, LLC ) <br> ) <br> Plaintiffs, ) <br> ) <br> vs. ) <br> ) <br> THE MUNICIPALITY OF ANCHORAGE, ) <br> RE/MAX OF ALASKA, INC., and ) <br> RANDY D. COMER, individually, ) <br> ) <br> Defendants. ) <br> _____ ) | Case No. 3:05-cv-00298-TMB |

**STIPULATION FOR DISMISSAL WITH PREJUDICE**

**OF DEFENDANT MUNICIPALITY OF ANCHORAGE**

The above named parties, by and trough their respective counsel, and pursuant to Civil Rule 41(a)(1)(ii), hereby stipulate and agree to the dismissal with prejudice of the Municipality of Anchorage as a defendant in this case.   The plaintiffs and defendant

STIPULATION OF DISMISSAL
Stahlman, et al. v. MOA, et al
Case No. 3:05-cv-00298-TMB                                                                                          Page 1 of 2

Law Office of Peter C. Gamache
405 W. 36th AVENUE, SUITE 201
ANCHORAGE, ALASKA 99503-5872
(907) 563-6969

Municipality of Anchorage shall each bear their own costs and fees. The parties further stipulate and agree that (1) the defendant Municipality may be removed from the case caption, (2) that the pending First Motion to Dismiss [Document 10] filed by the Municipality of Anchorage be denied as moot, and (3) that this dismissal does not affect the plaintiffs' claims against defendants Re/Max of Alaska, Inc. and Randy D. Comer.

Dated at Anchorage, Alaska this 25th day of May, 2006

Law Office of Peter C. Gamache

s/ Peter C. Gamache
ASBA #8211116
Attorney for Plaintiffs


The Municipality of Anchorage

s/ Joshua M. Freeman (consent)
 ASBA #0305015
Assistant Municipal Attorney


Sandberg, Wuestenfeld & Corey

s/Mark A. Sandberg (consent)
 ASBA #7510084
Attorney for Defendants
Re/Max of Alaska, Inc, and
Randy D. Comer

**Certificate of Service**

The undersigned certifies that on May 25, 2006
a true and correct copy of this Stipulated Dismissal
was served electronically by the ECF system on:

- Mark Sandberg

-Joshua Freeman

s/ Peter C. Gamache

STIPULATION OF DISMISSAL
Stahlman, et al. v. MOA, et al
Case No. 3:05-cv-00298-TMB                                                    Page 2 of 2

**Law Office of Peter C. Gamache**
405 W. 36th AVENUE, SUITE 201
ANCHORAGE, ALASKA 99503-5872
(907) 563-6969