Peter C. Gamache, Esq.
Law office of Peter C. Gamache
405 W. 36th Avenue, Suite 201
Anchorage, Alaska 99503
(907) 563-6969
FAX (907) 563-5083
Email: peter_gamache@yahoo.com
Attorney for Plaintiffs

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| TERRY M. STAHLMAN, and <br> THE STAHLMAN ARMS BIG TIMBER <br> SUITS AND APARTMENTS, LLC <br><br> Plaintiffs, <br><br> vs. <br><br> THE MUNICIPALITY OF ANCHORAGE, <br> RE/MAX OF ALASKA, INC., and <br> RANDY D. COMER, individually, <br><br> Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) Case No. 3:05-cv-00298-TMB |

**<u>PROPOSED</u>**
**<u>ORDER GRANTING TERMS OF STIPULATION FOR DISMISSAL</u>**
**<u>OF DEFENDANT MUNICIPALITY OF ANCHORAGE</u>**

Pursuant to Civil Rule 41(a)(1)(ii) the parties stipulated to the dismissal with prejudice of defendant Municipality of Anchorage. This order grants the other terms included in the stipulation.

ORDER OF DISMISSAL
Stahlman, et al. v. MOA, et al
Case No. 3:05-cv-00298-TMB                                                                                      Page 1 of 2

     1. The defendant Municipality of Anchorage is dismissed with prejudice as a defendant in this case;

     2. The plaintiffs and defendant Municipality of Anchorage shall each bear their own costs and fees;

     (3) The defendant Municipality may be removed from the case caption for purposes of future court filings;

     (4) The pending First Motion to Dismiss Complaint [Document 10] filed by the Municipality of Anchorage is denied as moot;

     (5) The dismissal of defendant Municipality of Anchorage does not otherwise affect the plaintiffs' claims against defendants RE/Max of Alaska, Inc. and Randy D. Comber.

     Dated at Anchorage, Alaska this _____ day of May, 2006

                               Timothy M Burgess
                               United States District Judge

**Law Office of Peter C. Gamache**
405 W. 36th AVENUE, SUITE 201
ANCHORAGE, ALASKA 99503-5872
(907) 563-6969

ORDER OF DISMISSAL
Stahlman, et al. v. MOA, et al
Case No. 3:05-cv-00298-TMB                                                                 Page 2 of 2