IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| TERRY M. STAHLMAN, and ) <br> THE STAHLMAN ARMS BIG TIMBER ) <br> SUITS AND APARTMENTS, LLC ) <br> ) <br> Plaintiffs, ) <br> v. ) <br> ) <br> THE MUNICIPALITY OF ANCHORAGE, ) <br> RE/MAX OF ALASKA, INC., and ) <br> RANDY D. COMER, individually, ) <br> ) <br> Defendants. ) <br> _____ ) | ORDER <br><br><br><br><br><br><br><br><br><br><br> Case No. 3:05-cv-00298-TMB |

     Pursuant to Civil Rule 41(a)(1)(ii) the parties stipulated to the dismissal with prejudice of defendant Municipality of Anchorage. This order grants the other terms included in the stipulation.

     1. The defendant Municipality of Anchorage is dismissed with prejudice as a defendant in this case;

     2. The plaintiffs and defendant Municipality of Anchorage shall each bear their own costs and fees;

     3. The defendant Municipality may be removed from the case caption for purposes of future court filings;

     4. The pending First Motion to Dismiss Complaint [Document 10] filed by the Municipality of Anchorage is denied as moot;

     5. The dismissal of defendant Municipality of Anchorage does not otherwise affect the plaintiffs' claims against defendants RE/Max of Alaska, Inc. and Randy D. Comber.

     Dated at Anchorage, Alaska this 30th day of May, 2006.

                                                       s/ Timothy Burgess  
                                                       Timothy M Burgess  
                                                       United States District Judge