Peter C. Gamache, Esq.
Law office of Peter C. Gamache
405 W. 36th Avenue, Suite 201
Anchorage, Alaska 99503
(907) 563-6969
FAX (907) 563-5083
Email: peter_gamache@yahoo.com
Attorney for Plaintiffs

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| TERRY M. STAHLMAN, and ) <br> THE STAHLMAN ARMS BIG TIMBER ) <br> SUITS AND APARTMENTS, LLC ) <br> ) <br>        Plaintiffs, ) <br> ) <br> vs. ) <br> ) <br> THE MUNICIPALITY OF ANCHORAGE, ) <br> RE/MAX OF ALASKA, INC., and ) <br> RANDY D. COMER, individually, ) <br> ) <br>        Defendants. ) <br> _____ ) | <br><br><br><br><br><br><br><br><br><br><br> Case No. 3:05-cv-00298-TMB |

**PROPOSED**

**ORDER FOR REMAND TO STATE COURT**

The plaintiffs, by and through counsel and pursuant to 28 U.S.C. §1447(c), having

moved to remand the case to state court for lack of federal subject matter jurisdiction,

*Law Office of Peter C. Gamache*
405 W. 36th AVENUE, SUITE 201
ANCHORAGE, ALASKA 99503-5872
(907) 563-6969

The court finds that dismissal with prejudice of defendant Municipality of Anchorage and the plaintiffs' claims against the Municipality has likewise dismissed all of the federally based claims. All of the remaining claims against defendant defendants RE/MAX of Alaska, Inc. and Randy D. Comer are based on state causes of action. Te defendants having been heard on the motion, the court concludes that it lacks subject matter subject matter jurisdiction, and that remand to state court is preferable to dismissal.

WHEREFORE, IT IS ORDERED,

That plaintiffs' motion is GRANTED and this case REMANDED to the Superior Court for the State of Alaska, and that each party shall bear its own costs and fees in conjunction with the removal to federal court.

Dated at Anchorage, Alaska this _____ day of September, 2006

Timothy M Burgess
United States District Judge

**Law Office of Peter C. Gamache**
405 W. 36th AVENUE, SUITE 201
ANCHORAGE, ALASKA 99503-5872
(907) 563-6969

PROPOSED REMAND ORDER
Stahlman, et al. v. MOA, et al
Case No. 3:05-cv-00298-TMB